# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIUS WASHINGTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-CV-979-SMY-RJD |
| WILLIAM HARRIS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The parties have informed the Court that the above action has been settled, but that additional time is needed to consummate the settlement. Defense Counsel is **DIRECTED** to forward a proposed Settlement Agreement to Plaintiff's Counsel **within 30 days** from the date of this Order. Defense Counsel is further **DIRECTED** to file a status report **within 60 days** from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed and submitted to CMS for payment. The Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs **90 days from the date of this Order**. The parties are advised that the 90-day period to consummate settlement will not be extended absent exceptional circumstances. In light of the parties' settlement, the Court **DENIES AS MOOT** all pending motions and **VACATES** all deadlines and hearings.

IT IS SO ORDERED.

DATED: June 13, 2019

**STACI M. YANDLE**
**United States District Judge**